RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3366 (v)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov

Of Counsel:
ANNETTE L. HAYES
U.S. Attorney, Western District of Washington

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 2:18-cv-01067 |
|          Plaintiff,        ) | |
|                  ) | **COMPLAINT** |
|          v.            ) | |
|                  ) | |
| JAMES J. JACKSON III;      ) | |
| KING COUNTY; STATE OF WASHINGTON ) | |
| DEPARTMENT OF REVENUE;      ) | |
| JPMORGAN CHASE BANK, N.A.; and  ) | |
| BRIAN P. JACKSON,        ) | |
|                  ) | |
|          Defendants.     ) | |

The United States of America ("United States"), by and through its undersigned counsel,

hereby alleges as follows:

## INTRODUCTION

1.      This is a civil action timely brought by the United States to: (i) reduce to

judgment the outstanding federal tax assessments against Defendant James J. Jackson III; and (ii)

Compl.
(Case No. 2:18-cv-01067)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

foreclose federal tax liens on certain real property located in King County, Washington owned by Defendant James J. Jackson III, described more completely below and referred to as the "Subject Property."

## JURISDICTION AND VENUE

2.      This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and with the authorization and request of the Chief Counsel of the Internal Revenue Service ( "IRS"), a delegate of the Secretary of the Treasury of the United States.

3.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402 and 7403.

4.      Venue properly lies in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1396, because James J. Jackson III resides in the Western District of Washington and because the Subject Property is located within the Western District of Washington. Because Defendant James J. Jackson III is believed to reside in King County and the Subject Property is located in King County, pursuant to LCR 3(d)(1), this action should be assigned to the Court in Seattle.

## DEFENDANTS

5.      James J. Jackson III is named as a defendant because he has unpaid federal tax liabilities, has an ownership interest in the Subject Property, and resides at the Subject Property.

6.      During January 2006 through September 2007, James J. Jackson III was self-employed and did business as Unique Integration LLC ("Unique Integration").

7.      The IRS issued an employer identification number ("EIN") to Unique Integration that James J. Jackson III, used for federal tax filings.

8.      James J. Jackson operated Unique Integration as a sole proprietorship during January 2006 through September 2007; therefore, he is personally liable for Unique Integration's

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

1   tax liabilities. *See Duval v. Midwest Auto City, Inc.*, 425 F. Supp. 1381, 1387 (D. Neb. 1977),

2   *aff'd*, 578 F.2d 721 (8th Cir. 1978); *see also Jaffe v. Nocera*, 493 A.2d 1003, 1007 (D.C. 1985).

3        9.     King County is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it

4   may claim an interest in the Subject Property.

5        10.    State of Washington Department of Revenue is named as a defendant pursuant to

6   26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

7        11.    JPMorgan Chase Bank, N.A. is named as a defendant pursuant to 26 U.S.C. §

8   7403(b) because it may claim an interest in the Subject Property.

9        12.    Brian P. Jackson is named as a defendant pursuant to 26 U.S.C. § 7403(b) because

10   he may claim an interest in the Subject Property.

11                    **<u>SUBJECT PROPERTY</u>**

12        13.    The real property sought to be foreclosed by this action consists of a parcel of real

13   property commonly described as 31854 Thomas Road SE, Auburn, WA 98092 ("Subject

14   Property"). The Subject Property bears King County Assessor's Parcel No. 072106-9012. The

15   legal description of the Subject Property is as follows:

16            THE SOUTH HALF OF THE SOUTHEAST QUARTER OF THE SOUTHWEST
               QUARTER OF SECTION 7, TOWNSHIP 21 NORTH, RANGE 6 EAST, W.M.,

17            IN KING COUNTY, WASHINGTON;
               EXCEPT THAT PORTION CONVEYED TO KING COUNTY BY DEED RECORDED

18            UNDER RECORDING NO. 1064195;
               AND EXCEPT THAT PORTION DESCRIBED AS FOLLOWS:

19

20            BEGINNING AT THE NORTHEAST CORNER OF SAID SOUTH HALF;
               THENCE SOUTH 88º47'50'' WEST ALONG THE NORTH LINE THEREOF,
               693.33 FEET TO THE POINT OF BEGINNING;

21            THENCE CONTINUING SOUTH 88º47'50" WEST 499.98 FEET TO THE
               WEST LINE OF SAID SOUTH HALF;

22            THENCE SOUTH 1º28'05" WEST ALONG SAID WEST LINE 15.70 FEET;
               THENCE NORTH 86º55'07" EAST 360.96 FEET;

23            THENCE NORTH 87º13'11" EAST 139.99 FEET TO THE POINT OF BEGINNING.

24            SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

Compl.
(Case No. 2:18-cv-01067)           3           **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

14.     The present use for the Subject Property is classified as "Mobile Home" by the King County Assessor's Office. The mobile home, that may or may not be deemed a fixture, that is located on the Subject Property is a 1989 Barrington w12x36 dk 66/27 Double-Wide. The King County Assessor's account number for this mobile home is 39981923.

15.     On or about June 26, 1997, James J. Jackson III acquired the Subject Property by a Statutory Warranty Deed from LaDonna D. Tench. The Statutory Warranty Deed was recorded with the King County Recorder's Office on July 23, 1997 (Recording No. 199707230839).

## FACTUAL BACKGROUND

16.     On the dates and for the amounts listed in the chart below, a duly authorized delegate of the Secretary of the Treasury made timely assessments against James J. Jackson III for unpaid federal income taxes (Form 1040: U.S. Individual Income Tax Return), penalties, interest, and other statutory additions for the taxable periods set forth below:

| Type of Tax | Tax Period | Assessment Date | Amount Assessed | Unpaid Balance Due as of July 30, 2018 (including accruals, fees and collection costs, payments, and credits) |
|---|---|---|---|---|
| 1040 | 12/31/2006 | 09/07/2009<br>09/07/2009<br>09/07/2009<br>09/07/2009<br>11/28/2011<br>03/24/2014<br>10/10/2016 | $9,818.00 (t)<br>$2,202.30 (lfp)<br>$1,419.26 (ftp)<br>$1,896.05 (i)<br>$1,027.74 (ftp)<br>$2,657.12 (i)<br>$1,631.68 (i) | $22,420.40 |
| 1040 | 12/31/2008 | 09/14/2009<br>09/14/2009<br>09/14/2009<br>09/14/2009<br>11/28/2011<br>03/24/2014<br>10/10/2016 | $21,453.00 (t)<br>$2,952.72 (lfp)<br>$410.10 (ftp)<br>$325.12 (i)<br>$3,690.90 (ftp)<br>$3,603.02 (i)<br>$2,332.15 (i) | $32,045.24 |
| | | | **TOTAL**: | $54,465.64 |

///

**U.S. DEPARTMENT OF JUSTICE**<br>Tax Division, Western Region<br>P.O. Box 683<br>Washington, D.C.  20044<br>Telephone: 202-616-3366

**Key:** t = tax
i = interest
ftp = failure to pay tax penalty (26 U.S.C. § 6651)
lfp = late filing penalty (26 U.S.C. § 6651)

17.     On the dates and for the amounts listed in the chart below, a duly authorized

delegate of the Secretary of the Treasury made timely assessments against James J. Jackson III

doing business as Unique Integration for unpaid federal employment taxes (Form 941:

Employer's Quarterly Federal Tax Return), penalties, interest, and other statutory additions for

the taxable periods set forth below:

| Type of Tax | Tax Period | Assessment Date | Amount Assessed | Unpaid Balance Due as of July 30, 2018 (including accruals, fees and collection costs, payments, and credits) |
|---|---|---|---|---|
| 941 | 03/31/2006 | 11/19/2007<br>11/19/2007<br>11/19/2007<br>11/19/2007<br>11/19/2007<br>12/24/2007<br>12/01/2008<br>12/05/2011<br>12/12/2016 | $11,215.12 (t)<br>$1,579.82 (lfp)<br>$492.46 (tdp)<br>$1,065.44 (ftp)<br>$1,795.18 (i)<br>$560.76 (tdp)<br>$526.61 (ftp)<br>$386.18 (ftp)<br>$4,604.49 (i) | $18,947.54 |
| 941 | 06/30/2006 | 11/19/2007<br>11/19/2007<br>11/19/2007<br>11/19/2007<br>11/19/2007<br>12/24/2007<br>12/05/2011<br>12/12/2016 | $3,578.78 (t)<br>$568.61 (lfp)<br>$200.14 (tdp)<br>$286.30 (ftp)<br>$482.03 (i)<br>$178.94 (tdp)<br>$345.49 (ftp)<br>$1,601.36 (i) | $6,614.97 |
| 941 | 09/30/2006 | 11/19/2007<br>11/19/2007<br>11/19/2007<br>11/19/2007<br>11/19/2007<br>12/24/2007<br>12/01/2008<br>12/05/2011<br>12/12/2016 | $17,304.71 (t)<br>$2,028.78 (lfp)<br>$646.15 (tdp)<br>$977.29 (ftp)<br>$1,617.06 (i)<br>$751.76 (tdp)<br>$676.27 (ftp)<br>$766.43 (ftp)<br>$5,696.25 (i) | $23,355.10 |

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

| 941 | 12/31/2006 | 11/19/2007 | $9,330.84 (t) | $10,415.40 |
| | | 11/19/2007 | $925.31 (lfp) | |
| | | 11/19/2007 | $250.94 (tdp) | |
| | | 11/19/2007 | $365.93 (ftp) | |
| | | 11/19/2007 | $567.37 (i) | |
| | | 12/24/2007 | $365.93 (tdp) | |
| | | 12/01/2008 | $287.87 (ftp) | |
| | | 12/05/2011 | $431.81 (ftp) | |
| | | 12/12/2016 | $2,527.96 (i) | |
| 941 | 03/31/2007 | 11/10/2008 | $9,086.53 (t) | $16,000.30 |
| | | 11/10/2008 | $2,044.47 (lfp) | |
| | | 11/10/2008 | $908.64 (tdp) | |
| | | 11/10/2008 | $863.22 (ftp) | |
| | | 11/10/2008 | $1,236.03 (i) | |
| | | 12/15/2008 | $454.03 (tdp) | |
| | | 12/07/2009 | $1,113.19 (ftp) | |
| | | 12/05/2011 | $261.29 (ftp) | |
| | | 12/12/2016 | $4,417.52 (i) | |
| 941 | 06/30/2007 | 11/10/2008 | $13,567.41 (t) | $33,155.16 |
| | | 11/10/2008 | $3,052.67 (lfp) | |
| | | 11/10/2008 | $1,356.74 (tdp) | |
| | | 11/10/2008 | $1,085.39 (ftp) | |
| | | 11/10/2008 | $1,476.99 (i) | |
| | | 12/15/2008 | $678.37 (tdp) | |
| | | 12/07/2009 | $1,695.93 (ftp) | |
| | | 12/05/2011 | $610.53 (ftp) | |
| | | 12/12/2016 | $7,435.70 (i) | |
| 941 | 09/30/2007 | 12/31/2007 | $12,178.98 (t) | $25,008.33 |
| | | 12/31/2007 | $1,217.90 (tdp) | |
| | | 12/31/2007 | $121.79 (ftp) | |
| | | 12/31/2007 | $163.91 (i) | |
| | | 02/04/2008 | $608.95 (tdp) | |
| | | 12/05/2011 | $2,922.96 (ftp) | |
| | | 12/12/2016 | $6,137.86 (i) | |
| | | | **TOTAL**: | $133,496.80 |

**Key:**   t = tax
   i = interest
   ftp = failure to pay tax penalty (26 U.S.C. § 6651)
   lfp = late filing penalty (26 U.S.C. § 6651)
   tdp = tax deposit penalty (26 U.S.C. § 6656)

///

///

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

## COUNT ONE: TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT AGAINST DEFENDANT JAMES J. JACKSON III

18.     The United States incorporates by reference paragraphs 1 through 17, above, as if fully set forth here.

19.     Timely notice stating the amounts and demanding payments of the assessments set forth in paragraphs 16 and 17, above, was given to James J. Jackson III, as required by 26 U.S.C. § 6303.

20.     Despite timely notice and demand for payment of the assessments described in paragraphs 16 and 17, above, James J. Jackson III has neglected, failed, and/or refused to make full payment of the assessed amounts to the United States.

21.     This action is timely commenced under the provisions of the Internal Revenue Code.

22.     On or about June 3, 2008, the IRS received James J. Jackson III's request for a collection due process ("CDP") hearing with respect to quarterly federal employment tax periods (Form 941) ending March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, and September 30, 2007. The IRS denied the request on or about April 25, 2009. The request for CDP hearing extended the statutory period of limitations on the federal employment tax quarterly periods (Form 941) ending March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, and September 30, 2007 pursuant to 26 U.S.C. §§ 6330(e)(1) and 6320(c).

23.     The United States has established a claim against James J. Jackson III in the amount of $54,465.64 for unpaid federal income taxes for the assessments described in paragraph 16, above, as of July 30, 2018. Additional unassessed interest and other statutory additions as provided by law will accrue on this balance.

24.     The United States has established a claim against James J. Jackson III in the

Compl.
(Case No. 2:18-cv-01067)

7

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

amount of $133,496.80 for unpaid federal employment taxes for the assessments described in paragraph 17, above, as of July 30, 2018. Additional unassessed interest and other statutory additions as provided by law will accrue on this balance.

## COUNT TWO: TO FORECLOSE THE FEDERAL TAX LIENS ENCUMBERING THE SUBJECT PROPERTY

25.     The United States incorporates by reference paragraphs 1 through 24, above, as if fully set forth here.

26.     Pursuant to 26 U.S.C. §§ 6321 and 6322, liens arose in favor of the United States on the dates of the assessments set forth in paragraphs 16 and 17, above, and attached to all property and rights to property of James J. Jackson III, including the Subject Property.

27.     On May 8, 2008, in order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded a Notice of Federal Tax Lien ("NFTL") against James J. Jackson III with respect to unpaid federal employment tax liabilities for the tax periods ending March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, and September 30, 2007, with the King County Recorder's Office (Recording No. 20080508001060).

28.     On December 15, 2008, in order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded a NFTL against James J. Jackson III with respect to unpaid federal employment tax liabilities for the tax periods ending March 31, 2007 and June 30, 2007, with the King County Recorder's Office (Recording No. 20081215000760).

29.     On October 14, 2009, in order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded a NFTL against James J. Jackson III with respect to unpaid federal income tax liabilities for the tax periods ending December 31, 2006 and December 31, 2008, with the King County Recorder's Office (Recording No.

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

1  20091014000449).

2  30.    On October 3, 2017, in order to provide notice to third parties entitled to notice of

3  the statutory liens under 26 U.S.C. § 6323, the IRS recorded a NFTL Refile against James J.

4  Jackson III with respect to unpaid federal employment tax liabilities for the tax periods ending

5  March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, and September 30,

6  2007, with the King County Recorder's Office (Recording No. 20171003001283).

7  31.    The Subject Property, including all fixtures thereon, is encumbered with liens for

8  the unpaid federal tax assessments described in paragraphs 16 and 17, above.

9  32.    The United States seeks to foreclose the federal tax liens above through the sale of

10  the Subject Property.

11  33.    The federal tax liens arising from the assessments described in paragraphs 16 and

12  17, above, have priority over all interests in the Subject Property acquired after the attachment of

13  the federal tax liens, subject to the provisions of 26 U.S.C. § 6323.

14  34.    Under 28 U.S.C. § 7403(c), the United States is entitled to a decree of sale of the

15  Subject Property to enforce its federal tax liens.

16  WHEREFORE, Plaintiff the United States prays as follows:

17  A.    That this Court determine, adjudge, and decree that Defendant James J. Jackson

18  III is indebted to the United States for unpaid federal income tax liabilities for the tax years 2006

19  and 2008, described in paragraph 16, above, in the amount of $54,465.64 as of July 30, 2018,

20  less any subsequent payment or credits, plus interest and other statutory additions, as provided by

21  law, and that judgment in that amount be entered against Defendant James J. Jackson III and in

22  favor of the United States;

23  B.    That this Court determine, adjudge, and decree that Defendant James J. Jackson

24  III is indebted to the United States for unpaid federal employment taxes for the quarterly tax

Compl.
(Case No. 2:18-cv-01067)

9

periods ending March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, March 31, 2007, June 30, 2007, and September 30, 2007, described in paragraph 17, above, in the amount of $133,496.80 as of July 30, 2018, less any subsequent payment or credits, plus interest and other statutory additions, as provided by law, and that judgment in that amount be entered against Defendant James J. Jackson III and in favor of the United States;

C.     That this Court determine, adjudge, and decree that the United States has valid and subsisting tax liens against all property and rights to property of Defendant James J. Jackson III, including but not limited to, his interest in the Subject Property;

D.     That this Court determine the interests of the other named defendants in the Subject Property and their respective priority to a distribution of proceeds from a sale of the Subject Property;

E.     That the federal tax liens against Defendant James J. Jackson III encumbering the Subject Property be foreclosed;

F.     That the Subject Property be sold with the proceeds applied to the delinquent federal tax liabilities of Defendant James J. Jackson III, described in paragraphs 16 and 17, above; and

///

///

///

///

///

///

///

///

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

1    G.    That the United States be awarded its costs and attorney's fees herein, and such

2    other and further relief as this Court deems just and proper.

3    DATED this 20th day of July, 2018.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3366 (v)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov

Of Counsel:

ANNETTE L. HAYES
U.S. Attorney, Western District of
Washington

*Attorneys for the United States of America*

Compl.
(Case No. 2:18-cv-01067)

11

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)   PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | James J. Jackson III; King County; State of Washington Department of Revenue; JPMorgan Chase Bank, N.A.; and Brian P. Jackson |

**(b)**   County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ___King___
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
Yen Jeannette Tran, U.S. Department of Justice, Tax Division
PO Box 683, Washington, DC 20044
202-616-3366

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original Proceeding
☐ 2   Removed from State Court
☐ 3   Remanded from Appellate Court
☐ 4   Reinstated or Reopened
☐ 5   Transferred from Another District *(specify)*
☐ 6   Multidistrict Litigation - Transfer
☐ 8   Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. §§ 7401, 7402, 7403

Brief description of cause:
Reduce Assessments to Judgment and Foreclose Federal Tax Liens Against Real Property

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $
187,962.44

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
07/20/2018

SIGNATURE OF ATTORNEY OF RECORD
s/ Yen Jeannette Tran

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| James J. Jackson III; King County; State of | ) |
| Washington Department of Revenue; JPMorgan | ) |
| Chase Bank, N.A.; and Brian P. Jackson | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:18-cv-01067

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James J. Jackson III
31854 Thomas Road SE
Auburn, WA 98092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:18-cv-01067

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>James J. Jackson III; King County; State of Washington Department of Revenue; JPMorgan Chase Bank, N.A.; and Brian P. Jackson<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:18-cv-01067

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  King County
516 Third Avenue, Room W-1033
Seattle, WA 98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:18-cv-01067

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❑ I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❑ I returned the summons unexecuted because _____ ; or

    ❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| James J. Jackson III; King County; State of | ) |
| Washington Department of Revenue; JPMorgan | ) |
| Chase Bank, N.A.; and Brian P. Jackson | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:18-cv-01067

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  State of Washington Department of Revenue
Washington State Office of the Attorney General
7141 Cleanwater Dr SW
Olympia, WA 98504-0121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:18-cv-01067

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  2:18-cv-01067 |
| James J. Jackson III; King County; State of Washington Department of Revenue; JPMorgan Chase Bank, N.A.; and Brian P. Jackson | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JPMorgan Chase Bank, N.A.
Registered Agent: C T Corporation System
711 Capitol Way S, Ste. 204
Olympia, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:18-cv-01067

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# United States District Court
for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  2:18-cv-01067 |
| James J. Jackson III; King County; State of | ) |
| Washington Department of Revenue; JPMorgan | ) |
| Chase Bank, N.A.; and Brian P. Jackson | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brian P. Jackson
1320 Browns Point Blvd
Tacoma, WA 98422

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:18-cv-01067

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: