1                                                              The Honorable Robert S. Lasnik

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT
                         FOR THE WESTERN DISTRICT OF WASHINGTON
                                         AT SEATTLE
9
     UNITED STATES OF AMERICA,                  )
10                                              )   Case No. 2:18-cv-01067-RSL
                    Plaintiff,                  )
11                                              )   **STIPULATION FOR EXTENSION
                    v.                          )   OF TIME TO ANSWER OR
12                                              )   OTHERWISE RESPOND TO
     JAMES J. JACKSON III;                      )   COMPLAINT AND [PROPOSED]
13   KING COUNTY; STATE OF WASHINGTON )             ORDER**
     DEPARTMENT OF REVENUE;                     )
14   JPMORGAN CHASE BANK, N.A.; and             )
     BRIAN P. JACKSON,                          )
15                                              )
                    Defendants.                 )
16   _____)

17          Plaintiff the United States of America ("United States"), by and through its undersigned

18   counsel, and James J. Jackson, III, *pro se*, hereby stipulate as follows:

19          1.      The United States commenced this action by filing a complaint on July 20, 2018.

20   Dkt. # 1.

21          2.      Service of process of the complaint, summons, and civil cover sheet upon James

22   J. Jackson III was completed on August 1, 2018.

23          3.      Based on the service date of August 1, 2018, the deadline for Mr. Jackson to

24   respond to the complaint under Fed. R. Civ. P. 12(a)(a) is August 22, 2018.

Stipulation for Extension of Time to Answer or
Otherwise Response to Complaint and
[Proposed] Order
(Case No. 2:18-cv-01067-RSL)                        1

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

4.      Mr. Jackson requires additional time to obtain information from his prior attorney in order to meaningfully respond to the complaint and requests a thirty (30) day extension of time to answer or otherwise respond to the complaint. The United States has no objection to this request for extension of time.

5.      Fed. R. Civ. P. 6(b)(1) authorizes this court to grant an extension of time to respond to a complaint for good cause shown. As the Ninth Circuit has recognized, Fed. R. Civ. P. 6(b)(1) "is to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-1259 (9th Cir. 2010). Thus, in the absence of bad faith, requests for an extension before the applicable deadline has passed should normally be granted. *Id.*

6.      The extension requested in this stipulation is necessary not because of any dilatory action or unnecessary delay, but rather because of Mr. Jackson's efforts to provide a more complete response to the complaint.

///

///

///

///

///

///

///

///

///

///

///

Stipulation for Extension of Time to Answer or
Otherwise Response to Complaint and
[Proposed] Order
(Case No. 2:18-cv-01067-RSL)

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

1    WHEREFORE, for good cause shown, the parties respectfully request that the Court

2  approve this stipulation and allow Mr. Jackson an extension of thirty (30) days from August 22,

3  2018 or until September 21, 2018, to answer or otherwise respond to the complaint.

4  DATED this 17th day of August, 2018.        DATED this ___ day of August, 2018

5  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
6
   *s/ Yen Jeannette Tran*                       See next page for signature
7  YEN JEANNETTE TRAN                           JAMES J. JACKSON III
   Trial Attorney, Tax Division                 31854 Thomas Road SE
8  U.S. Department of Justice                   Auburn, WA 98092
   P.O. Box 683                                 206-391-4822 (v)
9  Washington, D.C.  20044                      jamesjj3@gmail.com
   202-616-3366 (v)
10 202-307-0054 (f)                             *Pro Se*
   Y.Jeannette.Tran@usdoj.gov
11
   Of Counsel:
12
   ANNETTE L. HAYES
13 U.S. Attorney, Western District of
   Washington
14
   *Attorneys for the United States of America*
15

16                              **ORDER**

17    The foregoing Stipulation for Extension of Time to Answer or Otherwise Respond to

18 Complaint is APPROVED. IT IS SO ORDERED.

19    Dated this 4th day of Sept, 2018.

20

21    _____
      UNITED STATES DISTRICT JUDGE
22

23

24
   Stipulation for Extension of Time to Answer or        3         **U.S. DEPARTMENT OF JUSTICE**
   Otherwise Response to Complaint and                             Tax Division, Western Region
   [Proposed] Order                                                P.O. Box 683
   (Case No. 2:18-cv-01067-RSL)                                    Washington, D.C.  20044
                                                                   Telephone: 202-616-3366

1    WHEREFORE, for good cause shown, the parties respectfully request that the Court

2    approve this stipulation and allow Mr. Jackson an extension of thirty (30) days from August 22.

3    2018 or until September 21, 2018, to answer or otherwise respond to the complaint.

4    DATED this ___ day of August, 2018.          DATED this 17 day of August, 2018

5    RICHARD E. ZUCKERMAN
     Principal Deputy Assistant Attorney General
6

7    YEN JEANNETTE TRAN                           JAMES J. JACKSON III
     Trial Attorney, Tax Division                 31854 Thomas Road SE
8    U.S. Department of Justice                   Auburn, WA 98092
     P.O. Box 683                                 206-391-4822 (v)
9    Washington, D.C.  20044                      jamesjj3@gmail.com  .
     202-616-3366 (v)
10   202-307-0054 (f)                             *Pro Se*
     Y.Jeannette.Tran@usdoj.gov
11
     Of Counsel:
12
     ANNETTE L. HAYES
13   U.S. Attorney, Western District of
     Washington
14
     *Attorneys for the United States of America*
15

16
                                **ORDER**
17
          The foregoing Stipulation for Extension of Time to Answer or Otherwise Respond to
18
     Complaint is APPROVED. IT IS SO ORDERED.
19
          Dated this ___ day of August, 2018.
20

21                              _____
                                UNITED STATES DISTRICT JUDGE
22

23

24

Stipulation for Extension of Time to Answer or            3            U.S. DEPARTMENT OF JUSTICE
Otherwise Response to Complaint and                                   Tax Division, Western Region
[Proposed] Order                                                      P.O. Box 683
(Case No. 2:18-cv-01067-RSL)                                          Washington, D.C.  20044
                                                                      Telephone: 202-616-3366