The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES J. JACKSON III;<br>KING COUNTY; STATE OF WASHINGTON<br>DEPARTMENT OF REVENUE;<br>JPMORGAN CHASE BANK, N.A.; and<br>BRIAN P. JACKSON,<br><br>  Defendants. | Case No. 2:18-cv-01067-RSL<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION TO DISMISS BRIAN P. JACKSON** |

The United States of America ("United States") and Brian P. Jackson, have jointly moved to dismiss Brian P. Jackson pursuant to Fed. R. Civ. P. 41(a)(2). Based on the Joint Motion to Dismiss Brian P. Jackson ("Motion"), and for good cause shown, the Court hereby GRANTS the Motion and IT IS HEREBY ORDERED that:

1. Brian P. Jackson has no interest in the real property located in King County, Washington that is commonly described as 31854 Thomas Road SE, Auburn, WA 98092 ("Subject Property"). The Subject Property bears King County Assessor's Parcel No. 072106-9012. The legal description of the Subject Property is as follows:

[Proposed] Order Granting Joint Mot. to Dismiss
Brian P. Jackson
(Case No. 2:18-cv-01067-RSL)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

1 THE SOUTH HALF OF THE SOUTHEAST QUARTER OF THE SOUTHWEST
QUARTER OF SECTION 7, TOWNSHIP 21 NORTH, RANGE 6 EAST, W.M.,
2 IN KING COUNTY, WASHINGTON;
EXCEPT THAT PORTION CONVEYED TO KING COUNTY BY DEED RECORDED
3 UNDER RECORDING NO. 1064195;
AND EXCEPT THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SOUTH HALF;
5 THENCE SOUTH 88°47'50'' WEST ALONG THE NORTH LINE THEREOF,
693.33 FEET TO THE POINT OF BEGINNING;
6 THENCE CONTINUING SOUTH 88°47'50" WEST 499.98 FEET TO THE
WEST LINE OF SAID SOUTH HALF;
7 THENCE SOUTH 1°28'05" WEST ALONG SAID WEST LINE 15.70 FEET;
THENCE NORTH 86°55'07" EAST 360.96 FEET;
8 THENCE NORTH 87°13'11" EAST 139.99 FEET TO THE POINT OF BEGINNING.

9 SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

10 *See* Dkt. # 1 at ¶ 13.

11     2.    Brian P. Jackson is DISMISSED from this action with prejudice, with each party

12 to bear its own respective costs and attorneys' fees.

13     Dated this 4th day of September, 2018.

15     _____
       UNITED STATES DISTRICT COURT JUDGE

1 | *Presented By:*

2 | RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

3

*s/ Yen Jeannette Tran*
4 | YEN JEANNETTE TRAN
Trial Attorney, Tax Division
5 | U.S. Department of Justice
P.O. Box 683
6 | Washington, D.C. 20044
202-616-3366 (v)
7 | 202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov

8
Of Counsel:
9
ANNETTE L. HAYES
10 | U.S. Attorney, Western District of Washington

11 | *Attorneys for the United States of America*

12

13

14

15

16

17

18

19

20

21

22

23

24

[Proposed] Order Granting Joint Mot. to Dismiss
Brian P. Jackson
(Case No. 2:18-cv-01067-RSL)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366