The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES J. JACKSON III;
KING COUNTY; STATE OF WASHINGTON
DEPARTMENT OF REVENUE; and
JPMORGAN CHASE BANK, N.A.,

Defendants.

Case No. 2:18-cv-01067-RSL

[PROPOSED] ORDER STAYING EXECUTION OF ORDER OF FORECLOSURE AND JUDICIAL SALE

Plaintiff, the United States, and Defendant James J. Jackson III, entered into an agreement to stay the execution of the Court's Order of Foreclosure and Judicial Sale in order to provide James J. Jackson III with an opportunity to refinance the Subject Property, provided that the refinancing is in accordance with the terms of the settlement agreement entered between the United States and James J. Jackson III, including that the refinancing fully pays Mr. Jackson's federal tax liabilities described in paragraphs 1-2 of the Stipulated Motion for Entry of Judgment, Order of Foreclosure and Judicial Sale, and Order Staying Execution of Order of Foreclosure and Judicial Sale ("Stipulated Motion") (Dkt. # 33). Pursuant to the stipulation between the parties

[Proposed] Order Staying Execution of Order of Foreclosure and Judicial Sale
(Case No. 2:18-cv-01067-RSL)

1

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

set forth in the Stipulated Motion, IT IS HEREBY ORDERED:

1. The Order of Foreclosure and Judicial Sale entered by this Court is stayed until July 1, 2020, at which point, this stay will automatically expire.

2. If James J. Jackson III successfully refinances the Subject Property in accordance with the terms of the settlement agreement entered between the United States and James J. Jackson III, including that the refinancing fully pays Mr. Jackson's federal tax liabilities described in paragraphs 1-2 of the Stipulated Motion, or otherwise satisfies the federal tax liabilities at issue in this action, prior to July 1, 2020, then the Court shall promptly be notified.

3. At all times until the ultimate disposition of the Subject Property, and consistent with the Order of Foreclosure and Judicial Sale, James J. Jackson III shall take all reasonable steps necessary to preserve the Subject Property, including all buildings, improvements, fixtures, and appurtenances to the Subject Property, in its current condition, including, without limitation, maintaining a fire and casualty insurance policy. He shall neither commit waste against the Subject Property nor permit anyone else to do so.

4. At all times until the ultimate disposition of the Subject Property, and consistent with the Order Foreclosure and Judicial Sale, James J. Jackson III shall neither do anything that tends to reduce the value or marketability of the Subject Property nor cause or permit anyone else to do so. He shall not record any instruments, publish any notice, or take any other action (such as running newspaper advertisements or posting signs) that may directly or indirectly tend to adversely affect the value of the Subject Property or that may tend to deter or discourage potential bidders from participating in a public auction, should one ultimately become necessary, nor shall he cause or permit anyone else to do so.

5. Until the expiration of this stay of execution of the Order of Foreclosure and Judicial Sale on July 1, 2020, and within any extension of time granted by the United States to

[Proposed] Order Staying Execution of Order of Foreclosure and Judicial Sale
(Case No. 2:18-cv-01067-RSL)

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

1. facilitate a successful refinance of the Subject Property, James J. Jackson III shall use good-faith
2. efforts to refinance the Subject Property in accordance with the terms of the settlement
3. agreement entered between the United States and James J. Jackson III, or otherwise satisfy the
4. federal tax liabilities at issue in this action.

**IT IS SO ORDERED.**

DATED this 3rd day of March, 2020. ~~2019.~~

*[signature]*
UNITED STATES DISTRICT JUDGE

*Presented By*:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3366 (v)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov

Of Counsel:
BRIAN T. MORAN
U.S. Attorney, Western District of Washington

*Attorneys for the United States of America*

[Proposed] Order Staying Execution of Order of Foreclosure and Judicial Sale
(Case No. 2:18-cv-01067-RSL)

3

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366