The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES J. JACKSON III; ) <br> KING COUNTY; ) <br> STATE OF WASHINGTON; ) <br>   DEPARTMENT OF REVENUE; and ) <br> JPMORGAN CHASE BANK N.A., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:18-CV-1067-RSL <br><br> **ORDER AMENDING ORDER STAYING EXECUTION OF ORDER OF FORECLOSURE AND JUDICIAL SALE** |

Plaintiff United States of America and Defendant James J. Jackson III entered into an agreement to stay the execution of the Court's Order of Foreclosure and Judicial Sale to provide Mr. Jackson an opportunity to refinance the Subject Property, provided that the refinancing is in accordance with the terms of the settlement agreement entered between the United States and Mr. Jackson, including that the refinancing fully pays Mr. Jackson's federal tax liabilities described in the Court's Judgment (Doc. 44) and Order of Foreclosure and Judicial Sale (Doc. 46). Pursuant to the stipulation between the parties set forth in the Stipulated Motion dated June 12, 2020, IT IS HEREBY ORDERED:

Order Amending Order Staying Execution
of Order of Foreclosure and Judicial Sale
(Case No. 2:18-cv-01067-RSL)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

1. The Order Staying Execution of Order of Foreclosure and Judicial Sale entered by this Court (Doc. 46) is amended to stay such execution until October 1, 2020, at which point, this stay will automatically expire.

2. All other provisions of the Order Staying Execution of Order of Foreclosure and Judicial Sale remain the same and in effect for the duration of the amended stay.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2020.

_____
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

*Presented By*:

| | |
|---|---|
| RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General | COLVIN + HALLETT P.S. |
| */s/ Ty Halasz*<br>YEN JEANNETTE TRAN<br>TY HALASZ<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>*Tel*. 202-616-3366 (Tran)<br>*Tel*. (202) 307-6484 (Halasz)<br>*Fax*. (202) 307-0054<br>Y.Jeannette.Tran@usdoj.gov<br>Ty.Halasz@usdoj.gov | */s/ Jason A. Harn*<br>JOHN M. COLVIN<br>JASON A. HARN<br>719 Second Avenue, Suite 1450<br>Seattle, Washington 98104<br>*Tel*. (206) 223-0800<br>*Fax*. (206) 467-8170<br>jcolvin@colvinhallettlaw.com<br>jharn@colvinhallettlaw.com<br><br>*Attorneys for James J. Jackson III* |

*Attorneys for the United States of America*

//

//

Order Amending Order Staying Execution
of Order of Foreclosure and Judicial Sale
(Case No. 2:18-cv-01067-RSL)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

| | |
|---|---|
| DANIEL T. SATTERBERG<br>King County Prosecuting Attorney | ROBERT W. FERGUSON<br>Attorney General |
| */s/ Jennifer H. Atchison*<br>JENNIFER H. ATCHISON, WSBA #33263<br>Senior Deputy Prosecuting Attorney<br>W400 King County Courthouse<br>516 Third Avenue<br>Seattle, Washington 98104<br>*Tel*. (206) 477-1929<br>*Fax*. (206) 296-0191<br>Jennifer.atchison@kingcounty.gov | */s/ Angie Lee*<br>ANGIE LEE, WSBA No. 47104<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>*Tel*. (206) 389-2187<br>*Fax*. (206) 587-5150<br>angie.lee@atg.wa.gov |
| *Attorneys for King County* | *Attorneys for the State of Washington* |

DAVIS WRIGHT TREMAINE LLP

*/s/ Fred B. Burnside*
FRED B. BURNSIDE, WSBA #32491
FREDERICK A. HAIST, WSBA #48937
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
*Tel*. (206) 622-3150
*Fax*. (206) 757-7700
fredburnside@dwt.com
frederickhaist@dwt.com

*Attorneys for JPMorgan Chase Bank N.A.*

---

Order Amending Order Staying Execution
of Order of Foreclosure and Judicial Sale
(Case No. 2:18-cv-01067-RSL)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366