The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES J. JACKSON III;<br>KING COUNTY; STATE OF WASHINGTON DEPARTMENT OF REVENUE;<br>JPMORGAN CHASE BANK, N.A.; and<br>BRIAN P. JACKSON,<br><br>Defendants. | Case No. 2:18-CV-1067-RSL<br><br>**ORDER GRANTING STIPULATED MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO RULE 25(C)** |

Pursuant to the Stipulated Motion for Substitution of Parties Pursuant to Rule 25(c) (the "Stipulated Motion") filed by Plaintiff United States of America, Defendant JPMorgan Chase Bank, N.A. ("Chase"), and all other Defendants, and for good cause shown, it is hereby adjudged and decreed that:

1. The Stipulated Motion is GRANTED.

2. Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2003-3, Asset-Backed Certificates, Series 2003-3 (the

1. "Trust") is added as a Defendant to this case in place of Chase, and Chase shall be dismissed from this lawsuit with prejudice and without an award of fees or costs to any party, as Chase does not presently claim any interest in the deed of trust recorded in the King County property records as #20030408001386 (the "Deed of Trust").

3. The Trust will step into the shoes of Chase as a Defendant in this case; accordingly, the Order of Foreclosure and Judicial Sale [Dkt. 45] (the "Order"), is hereby amended so that all references to Chase in the Order are changed to the Trust, including ¶11, which establishes the priority of the Deed of Trust.

DATED: July 15, 2020

*[signature]*
The Honorable Robert S. Lasnik

*Presented By:*

| | |
|---|---|
| RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General | COLVIN + HALLETT P.S. |
| /s/Yen Jeannette Tran<br>YEN JEANNETTE TRAN<br>TY HALASZ<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>*Tel*. 202-616-3366 (Tran)<br>*Tel*. (202) 307-6484 (Halasz)<br>*Fax*. (202) 307-0054<br>Y.Jeannette.Tran@usdoj.gov<br>Ty.Halasz@usdoj.gov<br><br>*Attorneys for the United States of America* | /s/Jason A. Harn<br>JOHN M. COLVIN<br>JASON A. HARN<br>719 Second Avenue, Suite 1450<br>Seattle, Washington 98104<br>*Tel*. (206) 223-0800<br>*Fax*. (206) 467-8170<br>jcolvin@colvinhallettlaw.com<br>jharn@colvinhallettlaw.com<br><br>*Attorneys for James J. Jackson III* |

**ORDER** - 2
(No. 2:18-CV-1067)

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | STOEL RIVES LLP |
| /s/Frederick A. Haist<br>FRED B. BURNSIDE, WSBA #32491<br>FREDERICK A. HAIST, WSBA #48937<br>Davis Wright Tremaine<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>206-622-3150 (v)<br>206-757-7700 (t)<br>fredburnside@dwt.com<br>frederickhaist@dwt.com<br><br>*Attorneys for JPMorgan Chase Bank, N.A* | s/ KC L. Hovda<br>KC L. HOVDA, WSBA No. 51291<br>ANTHONY MARAGNON, WSBA No. 322045<br>600 University Street<br>Suite 3600<br>Seattle, Washington 98101<br>kc.hovda@stoel.com<br>Anthony.maragnon@stoel.com<br>(206) 386-7593<br><br>*Attorneys for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2003-3, Asset-Backed Certificates, Series 2003* |
| ROBERT W. FERGUSON<br>Attorney General<br><br>/s/Angie Lee<br>ANGIE LEE, WSBA No. 47104<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>206-464-7165 (v)<br>206-587-5150 (t)<br>angie.lee@atg.wa.gov<br><br>*Attorneys for the State of Washington Department of Revenue* | DANIEL T. SATTERBERG<br>King County Prosecuting Attorney<br><br>/s/Jennifer H. Atchison<br>JENNIFER H. ATCHISON, WSBA #33263<br>Senior Deputy Prosecuting Attorney<br>King County Courthouse<br>516 Third Avenue<br>Seattle, WA 98104<br>206-477-1120 (v)<br>206-296-0191 (t)<br>Jennifer.atchison@kingcounty.gov<br><br>*Attorneys for King County* |

**ORDER** - 3 (No. 2:18-CV-1067)