The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-CV-1067-RSL |
| Plaintiff, ) | |
| ) | **ORDER AMENDING ORDER DATED FEBRUARY 3, 2021 (DKT. # 59)** |
| v. ) | |
| ) | |
| JAMES J. JACKSON III; ) | |
| KING COUNTY; ) | |
| STATE OF WASHINGTON ) | |
| DEPARTMENT OF REVENUE; and ) | |
| JPMORGAN CHASE BANK N.A., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff United States of America and Defendant James J. Jackson III entered into an agreement to stay the execution of the Court's Order of Foreclosure and Judicial Sale to provide Mr. Jackson an opportunity to refinance the Subject Property, provided that the refinancing is in accordance with the terms of the settlement agreement entered between the United States and Mr. Jackson, including that the refinancing fully pays Mr. Jackson's federal tax liabilities described in the Court's Judgment (Dkt. # 44) and Order of Foreclosure and Judicial Sale (Dkt. # 46). Pursuant to the stipulation between the parties set forth in the Stipulated Motion dated September 10, 2021, IT IS HEREBY ORDERED:

Ord. Amending Ord. Dated Feb. 3,
2021 (Dkt. # 59)
(Case No. 2:18-cv-01067-RSL)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

1. The Order Amending Order Dated October 1, 2020 Dkt. # 57 entered by this Court (Dkt. # 59) is amended to stay such execution until April 1, 2022, at which point, this stay will automatically expire.

2. All other provisions of the Order Amending Order Dated October 1, 2020 Dkt. # 57 (Dkt. # 59), Judgment (Dkt. # 44), and Order of Foreclosure and Judicial Sale (Dkt. # 46) remain the same and in effect for the duration of the amended stay.

**IT IS SO ORDERED.**

Dated this 14th day of September, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*Presented By*:

| | |
|---|---|
| DAVID A. HUBBERT<br>Acting Assistant Attorney General | COLVIN + HALLETT P.S. |
| */s/ Yen Jeannette Tran*<br>YEN JEANNETTE TRAN<br>TY HALASZ<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>*Tel.* (202) 616-3366 (Tran)<br>*Tel.* (202) 307-6484 (Halasz)<br>*Fax.* (202) 307-0054<br>y.jeannette.tran@usdoj.gov<br>ty.halasz@usdoj.gov | */s/ Jason A. Harn* via E-Mail on 9/10/21<br>JOHN M. COLVIN<br>JASON A. HARN<br>719 Second Avenue, Suite 711<br>Seattle, Washington 98104<br>*Tel.* (206) 223-0800<br>*Fax.* (206) 467-8170<br>jcolvin@colvinhallettlaw.com<br>jharn@colvinhallettlaw.com<br><br>*Attorneys for James J. Jackson III* |

*Attorneys for the United States of America*

//

//

Ord. Amending Ord. Dated Feb. 3, 2021 (Dkt. # 59)
(Case No. 2:18-cv-01067-RSL)

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

| | |
|---|---|
| DANIEL T. SATTERBERG<br>King County Prosecuting Attorney | ROBERT W. FERGUSON<br>Attorney General |
| */s/ Jennifer H. Atchison* via E-Mail on 8/27/21<br>JENNIFER H. ATCHISON, WSBA #33263<br>Senior Deputy Prosecuting Attorney<br>W400 King County Courthouse<br>516 Third Avenue<br>Seattle, Washington 98104<br>*Tel.* (206) 477-1929<br>*Fax.* (206) 296-0191<br>jennifer.atchison@kingcounty.gov | */s/ Melissa Williams* via E-Mail on 8/27/21<br>MELISSA WILLIAMS, WSBA #47104<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>*Tel.* (206) 287-4183<br>*Fax.* (206) 587-5150<br>melissa.williams@atg.wa.gov |
| *Attorneys for King County* | *Attorneys for the State of Washington* |

STOEL RIVES LLP

*/s/ Anthony Marangon* via E-Mail on 8/30/21
ANTHONY MARANGON, WSBA #49893
600 University Street
Suite 3600
Seattle, WA 98101
*Tel.* (206) 386-7593
*Fax.* (206) 386-7500
anthony.marangon@stoel.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2003-3, Asset-Backed Certificates, Series 2003*

Ord. Amending Ord. Dated Feb. 3,
2021 (Dkt. # 59)
(Case No. 2:18-cv-01067-RSL)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366